### THE STATE *v.* BEEDLES.

From the Pike Circuit Court.

*C. A. Buskirk*, Attorney General, and *J. C. Schafer*, Prosecuting Attorney, for the State.

DOWNEY, J.—The indictment in this case is similar to that in the case of *The State* v. *Thomas, ante,* p. 292. The circuit court held it insufficient, and quashed it. We think, for the reasons stated in the case cited, that the ruling was erroneous.

The judgment is reversed, with costs, and the cause remanded, with instructions to overrule the motion to quash, and require the defendant to plead.